| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED |
|---|---|
| EZEKWESILI I. ILOPUTAIFE<br>NNEK I. ILOPUTAIFE<br>1421 Faircliff St<br>Beaumont, CA 92223<br>714 235 5444 | 2021 AUG 26 PM 12: 37<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>RIVERSIDE<br>BY: |
| ATTORNEY(S) FOR: IN PRO PER | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ILOPUTAIFE<br>Plaintiff(s),<br>v.<br>CITY OF BEAUMONT et al<br>Defendant(s) | CASE NUMBER:<br>EDCV21-01452-JWH(AGR)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for EZEKWESILI I. ILOPUTAIFE & NNEKA ILOPUTAIFE or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

**PARTY**                                **CONNECTION / INTEREST**


08/26/2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)                       NOTICE OF INTERESTED PARTIES