AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| EZEKWESILI ILOPUTAIFE and NNEKA ILOPUTAIFE, *Plaintiff(s)* v. CITY OF BEAUMONT, a public entity; CHRISTINA TAYLOR, SCOTT R. FAZEKAS, MICHAEL ALMANDINGER, KELLY MCCARTHY, individually; and DOES 1 through 20, inclusive, *Defendant(s)* | Civil Action No. EDCV21-01452-JWH(AGR) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF BEAUMONT, a Public Entity
550 E. 6th Street, Beaumont, CA 92223

CHRISTINA TAYLOR
550 E. 6th Street, Beaumont, CA 92223

SCOTT R. FAZEKAS
550 E. 6th Street, Beaumont, CA 92223    (See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
EZEKWESILI I. ILOPUTAIFE
NNEKA I. ILOPUTAIFE
1421 Faircliff Street
Beaumont, CA 92223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/27/2021

Signature of Clerk or Deputy Clerk

# ATTACHMENT #2

**SUMMONS IN A CIVIL ACTION**

**To:** (*Defendant's name and address*) MICHAEL ALMANDINGER
550 E. 6th Street, Beaumont, CA 92223

KELLY MCCARTHY
550 E. 6th Street, Beaumont, CA 92223