John O. Pinkney, Esq. SBN 162586
Brent S. Clemmer, Esq. SBN 179722
Bruce T. Bauer, Esq., SBN 149781
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone (760) 322-2275
Facsimile (760) 322-2107
Pinkney@sbemp.com/Clemmer@sbemp.com/Bauer@sbemp.com

Attorneys for Defendants City of Beaumont, Christina Taylor, Scott R. Fazekas, Michael Almandinger and Kelly McCarthy

[Exempt from filing fees, Gov. Code §6103]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKWESILI ILOPUTAIFE and NNEKA ILOPUTAIFE,<br><br>  Plaintiffs<br><br>v.<br><br>CITY OF BEAUMONT, a public entity; CHRISTINA TAYLOR; SCOTT R. FAZEKAS; MICHAEL ALMANDINGER; KELLY MCCARTHY, individually; and DOES 1 through 20, inclusive<br><br>  Defendants | Case No.  5:21-CV-01452-JWH-AGR<br><br>Honorable Magistrate Judge Alicia G Rosenberg Presiding, Courtroom 550<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF BEAUMONT, CHRISTINA TAYLOR, SCOTT R. FAZEKAS, MICHAEL ALMANDINGER AND KELLY MCCARTHY'S MOTION TO DISMISS PURUSANT TO FRCP 12 (b)(6)**<br><br>DATE:     October 26, 2021<br>TIME:     10:00 a.m.<br>PLACE:   Remotely |

# ORDER

The Motion to Dismiss the Complaint filed by Defendants City of Beaumont, Christina Taylor, Scott R. Fazekas, Michael Almandinger and Kelly McCarthy came on regularly for hearing before this court on October 26, 2021.

Having considered the moving papers, opposition papers and reply, arguments, and all other matters presented to the Court, the Court finds that Plaintiffs Ezekwesili Iloputaife and Nneka Iloputaife Complaint fails to state any claim upon which relief can be granted.

IT IS HERBY ORDERED that Defendants' Motion to Dismiss is GRANTED. The Complaint is this case is ordered dismissed [with] [without] prejudice.

Dated: _____          _____
                          Hon. Alicia G. Rosenberg, Magistrate Judge

**PROOF OF SERVICE**
CCP §§ 1011, 1013, 1013a
STATE OF CALIFORNIA COUNTY OF RIVERSIDE

I, the undersigned, am employed in the County of Riverside, California, am over the age of 18 years and not a party to this lawsuit. My business address is 1800 East Tahquitz Canyon Way, Palm Springs, California 92262. On September 20, 2021, I served or caused to be served the foregoing documents described as**: [PROPOSED] ORDER GRANTING DEFENDANTS CITY OF BEAUMONT, CHRISTINA TAYLOR, SCOTT R. FAZEKAS, MICHAEL ALMANDINGER AND KELLY MCCARTHY'S MOTION TO DISMISS PURUSANT TO FRCP 12 (b)(6)** on all interested parties in this action via electronic mail to their electronic service addresses as indicated below

EZEKWESILI ILOPTAIFE        *Plaintiff in pro per*
1421 Faircliffs Street
Beaumont, CA 922233
(951) 324-3634
ezetaife@outlook.com

NNEKA ILOPUTAIFE            *Plaintiff in pro per*
1421 Faircliffs Street
Beaumont, CA 922233
(951) 324-3634
ezetaife@outlook.com

**(FEDERAL)** I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on September 20, 2021, at Palm Springs, California.

*Grace Gonzales Mitchell*
Grace Gonzales-Mitchell