1  EZEKWESILI ILOPUTAIFE
2  NNEKA ILOPUTAIFE
   1421 FAIRCLIFF STREET
3  BEAUMONT, CA 92223
4  (951) 324-3634
   ezetaife@outlook.com
5
6  PLAINTIFFS IN PRO PER

```
┌─────────────────────────────────┐
│             FILED               │
│   CLERK, U.S. DISTRICT COURT    │
│                                 │
│          09/20/2021             │
│                                 │
│  CENTRAL DISTRICT OF CALIFORNIA │
│  BY:    KL      DEPUTY          │
└─────────────────────────────────┘
```

7           UNITED STATES DISTRICT COURT OF
8
9           CENTRAL DISTRICT OF CALIFORNIA

10  EZEKWESILI ILOPUTAIFE and NNEKA      Case No.: EDCV 21-1452-JWH (AGR)
11  ILOPUTAIFE,

12              Plaintiffs,              PROOF OF SERVICE ON A STATE

13          vs.                         AGENCY OR LOCAL

14  CITY OF BEAUMONT, a public entity;   GOVERNMENT AGENCY
15  CHRISTINA TAYLOR, SCOTT R. FAZEKAS,
16  MICHAEL ALMANDINGER, KELLY
17  MCCARTHY, individually; and DOES 1
18  through 20, inclusive,
19              Defendants
20

21      I, Anayochukwu H. Iloputaife, declare as follows:
22
23  1.      At the time of service, I was at least 18 years of age and not a party to this
24  lawsuit.
25
26  2.      I served copies of summons, complaint, and certificate and notice of
27  interested parties (hereinafter referred to as "copies").
28

PROOF OF SERVICE ON A STATE AGENCY OR LOCAL GOVERNMENT AGENCY - 1

3.      I served the defendant CITY OF BEAUMONT, a public entity.

4.      I served the copies by Personal Service in compliance with the California

Code of Civil Procedure. I personally delivered copies to the Office of the City

Clerk of the City of Beaumont who is authorized to accept service:

> Name: Nicole Wheelwright
>
> Title: Deputy City Clerk
>
> Date: August 30, 2021.  Time: 9:25 AM
>
> Address: 550 E. 6th Street
>                Beaumont, CA 92223

5.      My name, address and telephone number are:

> Anayochukwu H. Iloputaife
>
> 920 Cypress Drive
>
> San Jacinto, CA 92583
>
> 951-478-2522

6.      I am not a registered California process server.

I declare under penalty of perjury that the foregoing is true and correct.

> Executed on August 30, 2021, at City of Beaumont, California.

Anayochukwu H. Iloputaife

PROOF OF SERVICE ON A STATE AGENCY OR LOCAL GOVERNMENT AGENCY - 2