EZEKWESILI ILOPUTAIFE
NNEKA ILOPUTAIFE
1421 FAIRCLIFF STREET
BEAUMONT, CA 92223
(951) 324-3634
ezetaife@outlook.com

PLAINTIFFS IN PRO PER


FILED
CLERK, U.S. DISTRICT COURT
09/20/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

UNITED STATES DISTRICT COURT OF

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKWESILI ILOPUTAIFE and NNEKA ILOPUTAIFE,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF BEAUMONT, a public entity; CHRISTINA TAYLOR, SCOTT R. FAZEKAS, MICHAEL ALMANDINGER, KELLY MCCARTHY, individually; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants | Case No.: EDCV 21-1452-JWH (AGR)<br><br>PROOF OF SERVICE OF SERVICE ON AN INDIVIDUAL WITHIN THE UNITED STATES |

　　I, Anayochukwu H. Iloputaife, declare as follows:

1.　At the time of service, I was at least 18 years of age and not a party to this lawsuit.

2.　I served copies of summons, complaint, and certificate and notice of interested parties (hereinafter referred to as "copies").

PROOF OF SERVICE OF SERVICE ON AN INDIVIDUAL WITHIN THE UNITED STATES - 1

3. I served the defendant CHRISTINA TAYLOR, Community Development Director for the City of Beaumont.

4. I served the copies by Personal Service in compliance with the California Code of Civil Procedure. I personally delivered copies to the Office of the City Clerk of the City of Beaumont who is authorized to accept service for City Staffs:

>Name: Nicole Wheelwright
>
>Title: Deputy City Clerk
>
>Date: August 30, 2021.  Time: 9:25 AM
>
>Address: 550 E. 6th Street
>Beaumont, CA 92223

5. My name, address and telephone number are:

>Anayochukwu H. Iloputaife
>
>920 Cypress Drive
>
>San Jacinto, CA 92583
>
>951-478-2522

6. I am not a registered California process server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2021, at City of Beaumont, California.

*Anayochukwu* (signature)
Anayochukwu

PROOF OF SERVICE OF SERVICE ON AN INDIVIDUAL WITHIN THE UNITED STATES - 2