EZEKWESILI ILOPUTAIFE
NNEKA ILOPUTAIFE
1421 FAIRCLIFF STREET
BEAUMONT, CA 92223
(951) 324-3634
ezetaife@outlook.com

PLAINTIFFS IN PRO PER

```
                FILED
     CLERK, U.S. DISTRICT COURT

          09/20/2021

     CENTRAL DISTRICT OF CALIFORNIA
     BY:      KL        DEPUTY
```

UNITED STATES DISTRICT COURT OF

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKWESILI ILOPUTAIFE and NNEKA ILOPUTAIFE,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CITY OF BEAUMONT, a public entity; CHRISTINA TAYLOR, SCOTT R. FAZEKAS, MICHAEL ALMANDINGER, KELLY MCCARTHY, individually; and DOES 1 through 20, inclusive,<br><br>        Defendants | Case No.: EDCV 21-1452-JWH (AGR)<br><br>PROOF OF SERVICE OF SERVICE ON AN INDIVIDUAL WITHIN THE UNITED STATES |

I, Anayochukwu H. Iloputaife, declare as follows:

1.    At the time of service, I was at least 18 years of age and not a party to this lawsuit.

2.    I served copies of summons, complaint, and certificate and notice of interested parties (hereinafter referred to as "copies").

PROOF OF SERVICE OF SERVICE ON AN INDIVIDUAL WITHIN THE UNITED STATES - 1

3.      I served the defendant MICHAEL ALMANDINGER, Building Inspector

for the City of Beaumont.

4.      I served the copies by Personal Service in compliance with the California

Code of Civil Procedure. I personally delivered copies to the Office of the City

Clerk of the City of Beaumont who is authorized to accept service for City Staffs:

Name: Nicole Wheelwright

Title: Deputy City Clerk

Date: August 30, 2021.  Time: 9:25 AM

Address: 550 E. 6th Street
Beaumont, CA 92223

5.      My name, address and telephone number are:

Anayochukwu H. Iloputaife

920 Cypress Drive

San Jacinto, CA 92583

951-478-2522

6.      I am not a registered California process server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2021, at City of Beaumont, California.

*[signature]*

Anayochukwu

PROOF OF SERVICE OF SERVICE ON AN INDIVIDUAL WITHIN THE UNITED STATES - 2