EZEKWESILI ILOPUTAIFE
NNEKA ILOPUTAIFE
1421 FAIRCLIFF STREET
BEAUMONT, CA 92223
(951) 324-3634
ezetaife@outlook.com

PLAINTIFFS IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
09/20/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

UNITED STATES DISTRICT COURT OF

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKWESILI ILOPUTAIFE and NNEKA ILOPUTAIFE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BEAUMONT, a public entity; CHRISTINA TAYLOR, SCOTT R. FAZEKAS, MICHAEL ALMANDINGER, KELLY MCCARTHY, individually; and DOES 1 through 20, inclusive,<br><br>Defendants | Case No.: EDCV 21-1452-JWH (AGR)<br><br>PROOF OF SERVICE OF SERVICE ON AN INDIVIDUAL WITHIN THE UNITED STATES |

I, Anayochukwu H. Iloputaife, declare as follows:

1. At the time of service, I was at least 18 years of age and not a party to this lawsuit.

2. I served copies of summons, complaint, and certificate and notice of interested parties (hereinafter referred to as "copies").

PROOF OF SERVICE OF SERVICE ON AN INDIVIDUAL WITHIN THE UNITED STATES - 1

3. I served the defendant KELLY MCCARTHY, Code Enforcement Officer for the City of Beaumont.

4. I served the copies by Personal Service in compliance with the California Code of Civil Procedure. I personally delivered copies to the Office of the City Clerk of the City of Beaumont who is authorized to accept service for City Staffs:

    Name: Nicole Wheelwright

    Title: Deputy City Clerk

    Date: August 30, 2021.  Time: 9:25 AM

    Address: 550 E. 6th Street

    Beaumont, CA 92223

5. My name, address and telephone number are:

    Anayochukwu H. Iloputaife

    920 Cypress Drive

    San Jacinto, CA 92583

    951-478-2522

6. I am not a registered California process server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2021, at City of Beaumont, California.

*Anayochukwu* (signature)

Anayochukwu

PROOF OF SERVICE OF SERVICE ON AN INDIVIDUAL WITHIN THE UNITED STATES - 2