UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 21-1452-JWH (AGR) | Date | September 22, 2021 |
|---|---|---|---|
| Title | Ezekwesili Iloputaife, et al. v. City of Beaumont, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| K. Lozada | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff | Attorneys Present for Defendants |
|---|---|
| None | None |

**Proceedings:**      In Chambers:   BRIEFING SCHEDULE

On September 20, 2021, Defendants filed a motion to dismiss the complaint.

IT IS HEREBY ORDERED that:

1.  Plaintiff shall file an opposition on or before **October 22, 2021.**

2.  Defendants may file a reply within 14 days of service of the opposition.

3.  The hearing date of October 26, 2021, is VACATED.  Unless otherwise ordered, the court will take the motion under submission without oral argument as of the date the reply is due.

Initials of Preparer        kl