Name: EZEKWESILI I. ILOPUTAIFE

Address: 1421 Faircliff Street

Beaumont, CA 92223

Phone: 951-324-3634

Fax: 951-846-9631   Email: ezetaife@outlook.com

In Pro Per

```
                                   FILED
                          CLERK, U.S. DISTRICT COURT

                             09/24/2021

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:      KL        DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EZEKWESILI ILOPUTAIFE, et al.

                                              Plaintiff

                    v.

CITY OF BEAUMONT, a public entity, et al.

                                              Defendant(s).

CASE NUMBER:

EDCV21-01452-JWH(AGR)

REQUEST FOR APPOINTMENT OF ATTORNEY

My family is a law abiding first-generation American family who fled oppression to make this country our home and has resided in the City of Beaumont since January 2010. I have come to this court in search of justice to save my family home from the heavy hand of my city municipal government officials. To achieve justice, I will need attorney representation to avoid homelessness for my family during this pandemic. I have made every possible effort to retain attorney services but has not been able to afford anyone of the attorneys I have contacted so far.

I am a medically disabled commercial truck driver who has not earned any income since June 2018. My wife, Nneka Iloputaife who now carries our family of six, is a newly qualified Registered Nurse with Tenet Medical Group Palm Springs, California. I have exhausted my credit in working single-handedly on my family home improvement construction to provide adequate dwelling for my family. Despite my family's hardship, we have not for once depended on government assistance programs for sustenance. We have always been contented and managed to get bye.

CV-127 (09/09)                    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1   I have faith in this judicial system so much that I am willing to stake my freedom and even my
2   citizenship on a justifiable outcome of a fair trial of the issue I have brought before this honorable
3   court. For there to be a fair trial of the issues, I humbly request for a court appointed attorney based
4   on the undisputable fact that my family is in danger of losing our civil right to the only shelter we
5   have to a proven corrupt municipal government at this time the Federal and State governments are
6   seeking ways to stabilize people's living conditions. Aspects of Beaumont city officials' corruption is
7   a matter of public record. officials'
8   Your Honor, it will not be out of place to order a federal investigation into the activities of the City
9   of Beaumont for the common good of the society. I stand by my allegations and ready to bear any
10  consequence of unproven outcome.

11  Date: September 24, 2021

12

13                                          EZEKWESILI I. ILOPUTAIFE

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  //
28

CV-127 (09-09)                 PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

**PROOF OF SERVICE**

[CCP§§ 1013(a)3]

STATE OF CALIFORNIA COUNTY OF RIVERSIDE

I, the undersigned, am a resident of the City of Beaumont, Riverside County, State of California. I am over the age of eighteen years, and not a party to the within action. My residence address is 920 Cypress Drive, San Jacinto, California 92583.

On September 24, 2021, I served or caused to be served the foregoing documents described as: REQUEST FOR APPOINTMENT OF ATTORNEY on all interested parties in this action via electronic mail to their electronic service addresses as indicated below

John O. Pinkney, Esq. SBN 162586    Email: Pinkney@sbemp.com

Brent S. Clemmer, Esq. SBN 179722    Email: Clemmer@sbemp.com

Bruce T. Bauer, Esq., SBN 149781    Email: Bauer@sbemp.com

SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone (760) 322-2275
Facsimile (760) 322-2107

Attorneys for Defendants CITY OF BEAUMONT, CHRISTINA TAYLOR, SCOTT R. FAZEKAS, MICHAEL ALMANDINGER and KELLY MCCARTHY

(FEDERAL) I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on September 24, 2021, at Beaumont, California.

Anayochukwu H. Iloputaife
951-478-2522

PROOF OF SERVICE - 1