1  Name: Nneka Iloputaife

2  Address: 1421 Faircliff Street

3  Beaumont, CA 92223

4  Phone: 951-324-3634

5  Fax: 951-846-9631   Email: ezetaife@outlook.com

6  In Pro Per

**FILED**

CLERK, U.S. DISTRICT COURT

12/6/2021

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ ram _____ DEPUTY

7

8  ## UNITED STATES DISTRICT COURT
   ## CENTRAL DISTRICT OF CALIFORNIA

9

10  EZEKWESILI ILOPUTAIFE, et al.

CASE NUMBER:

11                                   Plaintiff

EDCV21-01452-JWH(AGR)

12                        v.

13  CITY OF BEAUMONT, a public entity, et al.

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

**OF CONTINUED HARASSMENT.**

14

15                              Defendant(s).

16

17  TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

18  PLEASE TAKE NOTICE that PLAINTIFFS NNEKA ILOPUTAIFE and EZEKWESILI

19  ILOPUTAIFE hereby respectfully request that the Court take judicial notice of the following

20  FRANCHISE TAX BOARD PRE-INTERCEPT NOTICE dated 11/26/2021, attached hereto as

21  evidence of continued harassment of the Plaintiffs by Defendant City of Beaumont despite ongoing

22  litigation and Defendants ' documented denial of such ongoing harassment in Complaint

23  Exhibit " P2 " . (Defendant Christina Taylor ' s ' Response to Property Owner Pleading ' .

24  Paragraph: ARBITRARY VIOLATION OF OWNERS CIVIL RIGHTS.)

25  Defendants keep treating Plaintiffs as guilty until they can go to court and prove themselves

26  innocent. Hence subsequent Citations, Debt Collections, Unfair Hearings, and continued Debt

27  Collection threats.

28

CV-127 (09/09)                **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on December 6, 2021, at Beaumont, California.

3

4  Ezekwesili I. Iloputaife                          Nneka I. Iloputaife

   Plaintiff.                                        Plaintiff.
5
6  ///
   ///
7  ///
8  ///
   ///
9  ///
10 ///
   ///
11 ///
12 ///
   ///
13 ///
14 ///
   ///
15 ///
16 ///
   ///
17 ///
18 ///
   ///
19 ///
20 ///
   ///
21 ///
22 ///
   ///
23 ///
24 ///
   ///
25 ///
26 ///

27

28

**CITY OF BEAUMONT**
P O BOX 467
TUSTIN CA 92781-0467



*FRANCHISE TAX BOARD*

# PRE-INTERCEPT NOTICE

*FINAL NOTICE*

| ACCOUNT TYPE | ISSUE DATE | ACCOUNT NUMBER |
|---|---|---|
| ADMIN CITE-SSN-9145 | 01/07/2021 | F9000783 |

| | NOTICE DATE | TOTAL DUE |
|---|---|---|
| | 11/26/2021 | $73,060.00 |

TU41124A ***   7000008270 00.0032.0173 8270/1
AUTO  5-DIGIT 92223


ILOPUTAIFE NNEKA I
1421 FAIRCLIFF  STREET
BEAUMONT CA 92223-7514

FOR MORE INFORMATION:
**www.pticket.com/beaumontadmin**

Our records show that you have a delinquent debt that is now due and payable. You have 30 days to voluntarily pay this amount before we submit your account to the Franchise Tax Board (FTB) for interagency intercept collections.

FTB operates an intercept program in conjunction with the State Controller's Office, collecting delinquent liabilities individuals owe to state and local agencies/colleges. FTB intercepts tax refunds, Unclaimed Property (UPD) claims, and lottery winnings owed to individuals. FTB redirects these funds to pay the individual's debts to the agencies/colleges (California Government Code Sections 12419.2, 12419.5, 12419.7, 12419.8, 12419.9, 12419.10, 12419.11, and 12419.12).

If you have questions or do not believe you owe this debt, contact us within 30 days from the date of this letter. Please provide a copy of this letter, your current address, the last 4 digits of your social security number, a copy of your driver's license or ID card for identification purposes, your email address (if available) and any other information that will assist us in understanding your concern.  We will review your situation and reply back to you by mail. If you do not contact us within 30 days we will proceed with intercept collections.

Details for this account are located on the back of this notice.

## PAYMENT INSTRUCTIONS

**TO PAY BY CREDIT CARD:**
- Pay online: **www.pticket.com/beaumontadmin**
- There is a $4.00 or 3% processing fee per citation

**TO PAY BY MAIL:**
1. Send check or money order.  NO CASH. (US funds only)
2. Print account number on your payment
3. To insure proper credit, return the bottom portion of this notice with your payment
4. **Make payable to:**    **BEAUMONT ADMIN CITATIONS**

  

Please return this portion with your payment -- Use the enclosed envelope. This will ensure prompt, accurate handling upon receipt.    BN

| ACCOUNT NUMBER | NOTICE DATE |
|---|---|
| F9000783 | 11/26/2021 |

If you have already paid this debt, send a copy of the front and back of your cancelled check or money order proving your payment.  We will close this account only with verifiable proof of payment.

**AMOUNT DUE NOW**

$73,060.00

ILOPUTAIFE NNEKA I
1421 FAIRCLIFF  STREET
BEAUMONT CA 92223-7514

**CITY OF BEAUMONT**
P O BOX 3926
TUSTIN CA 92781-3926

| License Serial or License Number | Amount Due | License Serial or License Number | Amount Due |
|---|---|---|---|
| C6000257 | 260.00 | C6100329 | 1300.00 |
| C6000275 | 1300.00 | C6000410 | 1300.00 |
| C6000285 | 1300.00 | C6000415 | 1300.00 |
| C6000290 | 1300.00 | C6000419 | 1300.00 |
| C6000295 | 1300.00 | C6000422 | 1300.00 |
| C6000296 | 1300.00 | C6000425 | 1300.00 |
| C6000300 | 1300.00 | C6000434 | 1300.00 |
| C6000302 | 1300.00 | C6000438 | 1300.00 |
| C6000306 | 1300.00 | C6000440 | 1300.00 |
| C6000309 | 1300.00 | C6000445 | 1300.00 |
| C6000313 | 1300.00 | C6000446 | 1300.00 |
| C6000315 | 1300.00 | C6000449 | 1300.00 |
| C6000318 | 1300.00 | C6000451 | 1300.00 |
| C6000323 | 1300.00 | C6000453 | 1300.00 |
| C6000327 | 1300.00 | C6000455 | 1300.00 |
| C6000334 | 1300.00 | C6000457 | 1300.00 |
| C6000339 | 1300.00 | C6000460 | 1300.00 |
| C6000340 | 1300.00 | C6000461 | 1300.00 |
| C6000348 | 1300.00 | C6000463 | 1300.00 |
| C6000352 | 1300.00 | | |
| C6000359 | 1300.00 | | |
| C6000362 | 1300.00 | | |
| C6000365 | 1300.00 | | |
| C6000368 | 1300.00 | | |
| C6000371 | 1300.00 | | |
| C6000374 | 1300.00 | | |
| C6000377 | 1300.00 | | |
| C6000380 | 1300.00 | | |
| C6000384 | 1300.00 | | |
| C6000387 | 1300.00 | | |
| C6000390 | 1300.00 | | |
| C6000393 | 1300.00 | | |
| C6000396 | 1300.00 | | |
| C6000399 | 1300.00 | | |
| C6000402 | 1300.00 | | |
| C6000403 | 1300.00 | | |
| C6100328 | 1300.00 | | |
| C6000406 | 1300.00 | | |

**PROOF OF SERVICE**
[CCP§§ 1013(a)3]
STATE OF CALIFORNIA COUNTY OF RIVERSIDE

I, the undersigned, am a resident of, Riverside County, State of California. I am over the age of eighteen years, and not a party to the within action. My residence address is 920 Cypress Drive, San Jacinto, California 92583.

On December 6, 2021, I served or caused to be served the foregoing documents described as: PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF CONTINUED HARASSMENT on all interested parties in this action via electronic mail to their electronic service addresses as indicated below

John O. Pinkney, Esq. SBN 162586        Email: Pinkney@sbemp.com

Brent S. Clemmer, Esq. SBN 179722        Email: Clemmer@sbemp.com

Bruce T. Bauer, Esq., SBN 149781        Email: Bauer@sbemp.com

SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone (760) 322-2275
Facsimile (760) 322-2107

Attorneys for Defendants CITY OF BEAUMONT, CHRISTINA TAYLOR, SCOTT R. FAZEKAS, MICHAEL ALMANDINGER and KELLY MCCARTHY

(FEDERAL) I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on December 6, 2021, at Beaumont, California.

Anayochukwu H. Iloputaife
951-478-2522