1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   EZEKWESILI ILOPUTAIFE et al.,        )      NO.  EDCV 21-1452-JWH (AGR)
                                          )
12                   Plaintiffs,          )
                                          )      ORDER ACCEPTING FINDINGS AND
13        v.                              )      RECOMMENDATION OF UNITED
                                          )      STATES MAGISTRATE JUDGE
14   CITY OF BEAUMONT et al.,             )
                                          )
15                   Defendants.          )
                                          )
16   _____)

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report have been filed. The Court **ACCEPTS** the findings and recommendation of the Report.

It is hereby **ORDERED** as follows:

1.  Defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(6) is **GRANTED** as follows:

a. the claims under 18 U.S.C. §§ 241 and 242 are **DISMISSED without leave to amend**;

b.  all other claims are **DISMISSED with leave to amend**; and

c.  Plaintiffs' request for punitive damages against the City and the individual Defendants in their official capacity is **DISMISSED without leave to amend**.

2.  Plaintiffs are **GRANTED** leave to file a First Amended Complaint consistent with this Report no later than January 13, 2023.  If Plaintiffs choose to file a First Amended Complaint, then it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

3.  The Clerk is **DIRECTED** to provide Plaintiffs with a blank pro se civil rights complaint form.

4.  This matter is referred back to the Magistrate Judge for further proceedings.

**5.  Plaintiffs are advised that if they fail to file a timely and corrected First Amended Complaint on or before January 13, 2023, then this action may be dismissed.**

DATED:  December 9, 2022

JOHN W. HOLCOMB
United States District Judge