John O. Pinkney, Esq. SBN 162586
Brent S. Clemmer, Esq. SBN 179722
Bruce T. Bauer, Esq., SBN 149781
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone (760) 322-2275
Facsimile (760) 322-2107
Pinkney@sbemp.com/Clemmer@sbemp.com
/Bauer@sbemp.com

[Exempt from filing fees, Gov. Code §6103]

Attorneys for Defendants City of Beaumont, Christina Taylor and Scott R. Fazekas

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKWESILI ILOPUTAIFE and NNEKA ILOPUTAIFE, <br><br> Plaintiffs <br><br> v. <br><br> CITY OF BEAUMONT, a public entity; CHRISTINA TAYLOR; SCOTT R. FAZEKAS & ASSOCIATES INC., a business entity under contract; SCOTT R FAZEKAS individually and DOES 1 through 20, inclusive <br><br> Defendants | Case No. 5:21-CV-01452-JWH-AGR <br><br> Honorable Magistrate Judge Alicia G Rosenberg Presiding Courtroom 550 <br><br> **AMENDED PROOF OF SERVICE OF NOTICE OF DEFENDANTS CITY OF BEAUMONT, CHRISTINA TAYLOR & SCOTT R. FAZEKAS' MOTION AND MOTION TO DISMISS PURUSANT TO FRCP 12 (b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND REQUEST FOR JUDICIAL NOTICE** <br><br> DATE: February 21, 2023 <br> TIME: 10:00 a.m. <br> PLACE: Remotely |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
74785 Highway 111, Suite 105, Indian Wells, CA 92210

A true and correct copy of the foregoing document entitled (*specify*): Amended Proof of Service of Defendants, City of Beaumont, Christina Taylor & Scott R. Fazekas' Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' First Amended Complaint; and Request for Judicial Notice

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __01/23/2023__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Posted and Mail Delivery to Ezekwesili Iloputaife, 1421 Faircliff Street Beaumont, CA 92223; and Nneka Iloputaife, 1421 Faircliff St., Beaumont, CA 92223 on Attached Proof of Service, Declaration of Service, and Declaration of Mailing to Plaintiffs; AND Email service on 1/23/23 to: Ezekwesili Iloputaife at ezetaife@outlook.com; ezetaife@gmail.com; and Nneka Iloputaife at ezetaife@outlook.com; ezetaife@gmail.com.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/24/2023 | Dianne Yeakel | *Dyeakel* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Slovak Baron Empey Murphy & Pinkney LLP<br>John O. Pinkney, Esq. SBN: 162586<br>1800 East Tahquitz Canyon Way<br>Palm Springs, CA 92262<br>TELEPHONE NO.: (760) 322-2275   FAX NO. *(Optional)*<br>ATTORNEY FOR *(Name)* Defendants | *For Court Use Only* |
|---|---|
| United States District Court - Central District of California | |
| PLAINTIFF / PETITIONER: Ezekwesili Iloputaife, et al.<br>DEFENDANT / RESPONDENT: City of Beaumont, a public entity, et al. | CASE NUMBER:<br>5:21-CV-01452-JWH-AGR |
| **PROOF OF SERVICE—CIVIL** | |

1. At the time of service I was over 18 years of age and not a party to this action.
2. I served the following documents *(specify)*:
   Request for Judicial Notice in Support of Defendants, City of Beaumont, Christina Taylor & Scott R. Fazekas' Motion to Dismiss Plaintiffs' First Amended Complaint; Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support Thereof; Amended Proof of Service of Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' First Amended Complaint; Amended Proof of Service of Notice of Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Motion and Motion to Dismiss Purusant to FRCP 12 (b)(6); Memorandum of Points and Authorities in Support Thereof
3. I served the documents on the person or persons below, as follows:
   a. Name of party served: Ezekwesili Iloputaife
   b. On (date): Jan 23, 2023
   d. Time of service: 2:58 pm
   c. Address of service: 1421 Faircliff St., Beaumont, CA 92223
4. The documents were served by the following means *(specify)*:
   a. ☐ By personal service. I personally delivered the document(s) to the person(s) at the address(es) listed in item 3e.
   b. ☐ By substitute service. I left the document(s) listed in item 2 with or in the presence of (name and title or relationship to person in item 3a.)
   c. ☐ By United States mail. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed in 3a and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at (city and state):
   d. ☐ By fax transmission. Based on an agreement of the party(ies) to accept service by fax transmission, I faxed the document(s) to the person(s) at the fax number(s) listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.
      (1) Fax number where person was served:
   e. ☐ By electronic service. Based on a court order or an agreement of the party(ies) to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed below:
      (1) Electronic service address where person was served:
   f. ☒ By other means: By enclosing the documents in an envelope as shown in 3.a. and 3.e. and posting in a conspicuous place on the premises in accordance with CCP 1011, no person being found at the location. A declaration is attached. A declaration of mailing is attached.

5. Person serving:
   a. ☐ Not a registered California process server
   b. ☒ Registered California process server.
      County and Registration: Riverside PS-1800
   c. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   d. Address: 4651 Brookhollow Cir. Ste. C, Riverside, CA 92509
      Phone Number: 951-353-8281

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/23/2023
Christopher Smith

(TYPE OR PRINT NAME OF DECLARANT)                (SIGNATURE)

MC-031

| PLAINTIFF/PETITIONER: Ezekwesili Iloputaife, et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: City of Beaumont, a public entity, et al. | 5:21-CV-01452-JWH-AGR |

# DECLARATION

(This form must be attached to another form or court paper before it can be filed in court.)

1) Unsuccessful Attempt: Jan 23, 2023, 2:57 pm at Home: 1421 Faircliff St., Beaumont, CA 92223

Upon arrival at the location, I observed a male (18 to 25 Years Old; Male; African-American) working on a car in the street. The home appears to be undergoing some construction. I asked him if he lives at this address and he stated that he does not, but that his parents do. I asked for the subject and he stated that he does not know them and that he has never heard their names. In accordance with the client's Instructions, I posted the documents.

2) Successful Attempt: Jan 23, 2023, 2:58 pm at Home: 1421 Faircliff St., Beaumont, CA 92223

The documents were posted in a conspicuous place on the premises.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/23/2023

Christopher Smith

(TYPE OR PRINT NAME)

*(signature)*

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

MC-031

| PLAINTIFF / PETITIONER: Ezekwesili Iloputaife, et al. | CASE NUMBER: |
| DEFENDANT / RESPONDENT: City of Beaumont, a public entity, et al. | 5:21-CV-01452-JWH-AGR |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.
2. I served copies of the Request for Judicial Notice in Support of Defendants, City of Beaumont, Christina Taylor & Scott R. Fazekas' Motion to Dismiss Plaintiffs' First Amended Complaint; Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support Thereof; Amended Proof of Service of Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' First Amended Complaint; Amended Proof of Service of Notice of Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Motion and Motion to Dismiss Purusant to FRCP 12 (b)(6); Memorandum of Points and Authorities in Support Thereof
3. By placing a true copy of each document in United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Jan 23 2023
   b. Place of Mailing: Riverside, CA 92509
   c. Addressed as Follows: Ezekwesili Iloputaife
      1421 Faircliff St.
      Beaumont, CA 92223
4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service.
5. Person who mail served papers
   a. Name: Christopher Smith
   b. Address: 4651 Brookhollow Cir. Ste. C, Riverside, CA 92509
   c. Telephone number: 951-353-8281
   d. I am:
      (1) [ ] not a registered California process server.
      (2) [X] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor
         (ii) Registration No:
         (iii) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/23/2023

Monique Gonzalez
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

[ ] Attorney for  [ ] Plaintiff  [ ] Petitioner  [ ] Defendant
[ ] Respondent  [ ] Other (Specify):

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Slovak Baron Empey Murphy & Pinkney LLP<br>John O. Pinkney, Esq. SBN: 162586<br>1800 East Tahquitz Canyon Way<br>Palm Springs, CA 92262<br>TELEPHONE NO.: (760) 322-2275   FAX NO. *(Optional)*<br>ATTORNEY FOR *(Name)* Defendants | *For Court Use Only* |
|---|---|
| United States District Court - Central District of California | |
| PLAINTIFF / PETITIONER: Ezekwesili Iloputaife, et al.<br>DEFENDANT / RESPONDENT: City of Beaumont, a public entity, et al. | CASE NUMBER:<br>5:21-CV-01452-JWH-AGR |
| **PROOF OF SERVICE—CIVIL** | |

1. At the time of service I was over 18 years of age and **not a party to this action.**
2. I served the following documents *(specify)*:
   Request for Judicial Notice in Support of Defendants, City of Beaumont, Christina Taylor & Scott R. Fazekas' Motion to Dismiss Plaintiffs' First Amended Complaint; Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support Thereof; Amended Proof of Service of Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' First Amended Complaint; Amended Proof of Service of Notice of Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Motion and Motion to Dismiss Purusant to FRCP 12 (b)(6); Memorandum of Points and Authorities in Support Thereof
3. I served the documents on the **person or persons** below, as follows:
   a. Name of party served: Nneka Iloputaife
   b. Name of person served if different than party in 3a:
   c. On (date): Jan 23, 2023
   d. Time of service: 2:58 pm
   e. Address of service: 1421 Faircliff St., Beaumont, CA 92223
4. The documents were served by the following means *(specify)*:
   a. ☐ By personal service. I personally delivered the document(s) to the person(s) at the address(es) listed in item 3e.
   b. ☐ By substitute service. I left the document(s) listed in item 2 with or in the presence of (name and title or relationship to person in item 3a.)
   c. ☐ By United States mail. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed in 3a and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at (city and state):
   d. ☐ By fax transmission. Based on an agreement of the party(ies) to accept service by fax transmission, I faxed the document(s) to the person(s) at the fax number(s) listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.
      (1) Fax number where person was served:
   e. ☐ By electronic service. Based on a court order or an agreement of the party(ies) to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed below:
      (1) Electronic service address where person was served:
   f. ☒ By other means: By enclosing the documents in an envelope as shown in 3.a. and 3.e. and posting in a conspicuous place on the premises in accordance with CCP 1011, no person being found at the location. A declaration is attached. A declaration of mailing is attached.

5. Person serving:
   a. ☐ Not a registered California process server
   b. ☒ Registered California process server.
      County and Registration: Riverside PS-1800
   c. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   d. Address: 4651 Brookhollow Cir. Ste. C, Riverside, CA 92509
      Phone Number: 951-353-8281

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/23/2023
Christopher Smith

(TYPE OR PRINT NAME OF DECLARANT)    (SIGNATURE)

Job: 8271595    PROOF OF SERVICE — CIVIL

MC-031

| | |
|---|---|
| PLAINTIFF/PETITIONER: Ezekwesili Iloputaife, et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: City of Beaumont, a public entity, et al. | 5:21-CV-01452-JWH-AGR |

## DECLARATION
(This form must be attached to another form or court paper before it can be filed in court.)

1) Unsuccessful Attempt: Jan 23, 2023, 2:57 pm at Home: 1421 Faircliff St., Beaumont, CA 92223
Upon arrival at the location, I observed a male (18 to 25 Years Old; Male; African-American) working on a car in the street. The home appears to be undergoing some construction. I asked him if he lives at this address and he stated that he does not, but that his parents do. I asked for the subject and he stated that he does not know them and that he has never heard their names. In accordance with the client's instructions, I posted the documents.

2) Successful Attempt: Jan 23, 2023, 2:58 pm at Home: 1421 Faircliff St., Beaumont, CA 92223
The documents were posted in a conspicuous place on the premises.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/23/2023

Christopher Smith

(TYPE OR PRINT NAME)

_(signature)_

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

MC-031

| PLAINTIFF / PETITIONER: Ezekwesili Iloputaife, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: City of Beaumont, a public entity, et al. | 5:21-CV-01452-JWH-AGR |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.
2. I served copies of the Request for Judicial Notice in Support of Defendants, City of Beaumont, Christina Taylor & Scott R. Fazekas' Motion to Dismiss Plaintiffs' First Amended Complaint; Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support Thereof; Amended Proof of Service of Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' First Amended Complaint; Amended Proof of Service of Notice of Defendants City of Beaumont, Christina Taylor & Scott R. Fazekas' Motion and Motion to Dismiss Purusant to FRCP 12 (b)(6); Memorandum of Points and Authorities In Support Thereof
3. By placing a true copy of each document in United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Jan 23 2023
   b. Place of Mailing: Riverside, CA 92509
   c. Addressed as Follows: Nneka Iloputaife
      1421 Faircliff St.
      Beaumont, CA 92223
4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service.
5. Person who mail served papers
   a. Name: Monique Gonzalez
   b. Address: 4651 Brookhollow Cir. Ste. C, Riverside, CA 92509
   c. Telephone number: 951-353-8281
   d. I am:
      (1) [ ] not a registered California process server.
      (2) [X] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
          (i) [ ] owner [ ] employee [ ] independent contractor
          (ii) Registration No:
          (iii) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/23/2023

Monique Gonzalez

(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

[ ] Attorney for   [ ] Plaintiff   [ ] Petitioner   [ ] Defendant
[ ] Respondent    [ ] Other (Specify):