Name: NNEKA ILOPUTAIFE
Address: 1421 FAIRCLIFF ST
BEAUMONT CA
Phone: 951-727-6977
Fax:

In Pro Per

FILED
2023 JUN 27 PM 2:20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EZEKWESILI ILOPUTAIFE and NNEKA ILOPUTAIFE
    Plaintiff
v.
CITY OF BEAUMONT, et-al.
    Defendant(s).

CASE NUMBER: EACV21-01452-JWH (AGR)

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)

PLEASE TAKE NOTICE: C
PLAINTIFF NNEKA ILOPUTAIFE DISMISSES HER PORTION OF THE LAWSUIT in its entirety

DATE: JUNE 27, 2023

Plantiff in PRO-PER

NNEKA ILOPUTAIFE

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT