1  NNEKA ILOPUTAIFE (Full Name)
2  1421 FAIRCLIFF ST (Address Line 1)
3  BEAUMONT CA 92223 (Address Line 2)
   951-727-6977 (Phone Number)
4  _____ in Pro Per
   (indicate Plaintiff or Defendant)

FILED
2023 JUN 27 PM 2:20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EZEKWESILI ILOPUTAIFE et-al,
          Plaintiff,
     vs.
CITY OF BEAUMONT
et-al
          ,
          Defendant(s).

Case No.: EDCV21-01452-JWH (AGR)

**PROOF OF SERVICE BY MAIL**

I, NNEKA ILOPUTAIFE, declare as follows:
   (name of person serving documents)

My address is 1421 FAIRCLIFF ST, BEAUMONT CA, 92223 _____, which is located in the county where the mailing described below took place.

On <u>JUNE 27, 2023</u>, I served the document(s) described as:
(date of mailing)

(list the names of the documents you are mailing)

<u>NOTICE OF DISMISSAL PURSUANT TO FEDERAL</u>
<u>RULES OF CIVIL PROCEDURE 41(a)</u>

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _____,
(city and state of mailing)
addressed to:

<u>Slovak Baron Empey</u> (name)
<u>1800 East Tahquitz Canyon Way</u> (address)
<u>Palm Springs, CA 92262</u> (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>JUNE 27, 2023</u> at <u>RIVERSIDE</u>.
(date)               (city and state of signing)

(sign) [signature]

(print name) <u>KNEKA ILOPUTAIFE</u>

2
Proof of Service