JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKWESILI ILOPUTAIFE, and NNEKA ILOPUTAIFE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BEAUMONT, CHRISTINA TAYLOR, SCOTT R. FAZEKAS, MICHAEL ALAMANDINGER, KELLY MCCARTHY, SCOTT R FAZEKAS AND ASSOCIATES INC., DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:21-cv-1452-JWH-AGR <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge [ECF No. 36]. No objections to the Report have been filed. The Court **ACCEPTS** the findings and recommendation of the Report.

The Court hereby **ORDERS** as follows:

1. Plaintiff Nneka Iloputaife is **DISMISSED** from this action pursuant to her Notice of Dismissal [ECF No. 34].
2. Defendants' motion to dismiss is **GRANTED**.
3. All remaining claims for declaratory and injunctive relief are **DISMISSED**, including Claim One in its entirety, **without prejudice** based upon Younger abstention.
4. The remaining claims for damages are **STAYED** pending the conclusion of the State Court Action. Any party may move at any time to modify or vacate the stay, for good cause shown.
5. Within 14 days after the resolution of the State Court Action, the parties are **DIRECTED** to file a Joint Status Report advising the Court regarding the posture of this case.
6. The Clerk is **DIRECTED** to close this case administratively.

**IT IS SO ORDERED.**

Dated: September 5, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE